IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE INCLUSIVE COMMUNITIES PROJECT, INC., § § § | |
| Plaintiff, § § | |
| VS. § § | Civil Action No. 3:08-CV-0546-D |
| THE TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS, et al., § § § § | |
| Defendants. § | |

## JUDGMENT

On August 7, 2012 the court entered a judgment in favor of plaintiff The Inclusive Communities Project, Inc. ("ICP") on its disparate impact claim under §§ 3604(a) and 3605(a) of the Fair Housing Act, and in favor of defendants on all of ICP's other claims. On November 8, 2012 the court entered an amended judgment. Thereafter, the United States Court of Appeals for the Fifth Circuit reversed and remanded for further proceedings consistent with its opinion, the Supreme Court of the United States affirmed the Fifth Circuit's judgment and remanded the case for further proceedings consistent with its opinion, and the Fifth Circuit remanded for further proceedings consistent with its opinion and the opinion of the Supreme Court.

On remand, the parties submitted ICP's remaining disparate impact claim under procedures set out in the court's memorandum opinions and orders of October 8, 2015 and December 10, 2015. On June 17, 2016 the court heard oral argument. The court has decided the merits of ICP's disparate impact claim today and has filed a memorandum opinion containing its findings of fact and conclusions of law.

Accordingly, for the reasons set out in the memorandum opinion filed today, it is ordered and adjudged that ICP's action against defendants—including ICP's disparate impact claim—is dismissed with prejudice.

Defendants' taxable costs of court, as calculated by the clerk of court, are assessed against ICP.

Done at Dallas, Texas August 26, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE